ERNEST B. MORRIS et al., Respondents, *v.* JOHN W. GARDNER, Appellant.

Argued February 28, 1940; decided March 15, 1940.

*H. E. Blodgett* and *Howard Murrin* for appellant.

*Ernest B. Morris* for respondents.

Appeal dismissed unless within twenty days appellant files a stipulation for judgment absolute. The order of the Appellate Division is by necessary implication an order granting a new trial. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY. SEARS, LEWIS and CONWAY, JJ.